# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 2422(b) |
| | ) Attempted Coercion and Enticement |
| CHARLES BARRERAS | ) |

CR219-0041

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
*Attempted Coercion and Enticement*
18 U.S.C. § 2422(b)

On or about March 28, 2019, in Camden County, within the Southern District of Georgia, the defendant,

**CHARLES BARRERAS,**

did use any facility or means of interstate and foreign commerce, that is, the Internet and a cellular phone, to knowingly attempt to persuade, induce, entice and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense under the laws of the state of Georgia, specifically Aggravated Child Molestation in violation of O.C.G.A. §16-6-4.

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428(b).

Upon conviction of the offense set forth in Count One of this Indictment, the defendant, **CHARLES BARRERAS,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428(b), any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense

If, as a result of any act or omission of a defendant, any of the property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of this Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

                                                    A True Bill.

_____
David H. Estes
First Assistant United States Attorney

_____
Katelyn Semales
Special Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Marcela C. Mateo
Assistant United States Attorney
* Co-Lead Counsel