# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR219-41**

United States of America

vs.

**Charles Barreras**
**1:32 - 2:00**

_____
Defendant/Age

**Joseph McCool**
U. S. Attorney

**Lynne Fleming**
Attorney for Defendant

☑ Plea agreement **(Received).**     ☑ Defendant Sworn     ☐ Counsel Waived.

☐ Plea agreement previously filed.

☐ Arraigned and plead _____ to count(s) _____ .

☑ Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **One (1)** of the indictment.

☑ Factual basis **Established.** **Oral.** **Plea Accepted** Witness for factual basis **Sgt. Michael Walker** .

☑ Adjudication of guilt **Made.**

☑ Referred to probation office for pre-sentence investigation **Yes.**

☑ Sentencing Scheduled for **Later Date** at **TBD** .

☑ Bond Continued **Yes.**   Bond modified to _____ .

Bond set at _____ _____

☐ Bond not made defendant in jail.

☐ Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**   Date **01/03/2020**
Court Reporter **Debra Gilbert**   Probation Officer **Kayla Walker**
Courtroom Deputy Clerk **Whitney Sharp**   U.S. Marshal **Jay / Marty**