IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CHARLES BARRERAS, | |
| Movant, | CIVIL ACTION NO.: 2:20-cv-141 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: 2:19-cr-41) |
| Respondent. | |

## REPORT AND RECOMMENDATION

This matter comes before the Court on Movant Charles Barreras' ("Barreras") 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence, Respondent's Motion to Dismiss, and Barreras' Response and Brief in Support of his § 2255 Motion. Docs. 1, 8, 10, 11. For the reasons which follow, I **RECOMMEND** the Court **DENY** Respondent's Motion to Dismiss. If the Court adopts this recommendation, Respondent will be directed to file a responsive pleading to Barreras' § 2255 Motion.

## DISCUSSION

In his § 2255 Motion, Barreras makes general allegations relating to ineffective assistance of counsel, "illegal sentence," "ambiguous plea agreement," and violations of his constitutional rights. Doc. 1 at 4–8. Respondent moves to dismiss Barreras' § 2255 Motion because his claims "'are merely conclusory allegations unsupported by specifics.'" Doc. 8 at 1 (quoting Tejada v. Dugger, 941 F.2d 1551, 1559 (11th Cir. 1991)). Barreras filed a Response and a brief in support of his § 2255 Motion in response to the Motion to Dismiss. Docs. 10, 11.

While Respondent is correct Barreras offered nothing more than conclusory allegations in his § 2255 Motion, Barreras offers an explanation. Barreras states he did not provide argument or citations to case law in his § 2255 Motion because the § 2255 form directed him not to do so. Doc. 10 at 4. Barreras also states he submits his brief in support of his § 2255 Motion to address the deficiencies Respondent noted and to "discern" his claims. Id. at 5. Indeed, Barreras provides his factual support for his claims, as well as citations to case law, in his supporting brief. Doc. 11. As Barreras has seemingly cured the deficiency in his original § 2255 Motion, the Court should **DENY** Respondent's Motion to Dismiss.[1]

## CONCLUSION

For the above-stated reasons, I **RECOMMEND** the Court **DENY** Respondent's Motion to Dismiss. If the Court accepts this recommendation, Respondent will be directed to file another response to Barreras' § 2255 Motion.

Any objections to this Report and Recommendation shall be filed within 14 days of today's date. Objections shall be specific and in writing. Any objection that the Magistrate Judge failed to address a contention raised in a filing must be included. Failure to file timely, written objections will bar any later challenge or review of the Magistrate Judge's factual findings and legal conclusions. 28 U.S.C. § 636(b)(1)(C); Harrigan v. Metro Dade Police Dep't Station #4, 977 F.3d 1185, 1192–93 (11th Cir. 2020). To be clear, a party waives all rights to challenge the Magistrate Judge's factual findings and legal conclusions on appeal by failing to file timely, written objections. Harrigan, 977 F.3d at 1192–93; 11th Cir. R. 3-1. A copy of the objections must be served upon all other parties to the action.

---

[1] The Court offers no opinion on Barreras' interpretation of the § 2255 form or on the viability of Barreras' allegations.

2

Upon receipt of Objections meeting the specificity requirement set out above, a United States District Judge will make a de novo determination of those portions of the report, proposed findings, or recommendation to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the Magistrate Judge. Objections not meeting the specificity requirement set out above will not be considered by a District Judge. A party may not appeal a Magistrate Judge's report and recommendation directly to the United States Court of Appeals for the Eleventh Circuit. Appeals may be made only from a final judgment entered by or at the direction of a District Judge.

**SO REPORTED and RECOMMENDED**, this 20th day of December, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA