# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CHARLES BARRERAS, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 2:20-cv-141 |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:19-cr-41) |
| | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 14. Respondent did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Respondent's Motion to Dismiss. The United States Magistrate Judge assigned to this case is to direct a response to Movant's 28 U.S.C. § 2255 motion.

**SO ORDERED**, this  12  day of  January , 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)