IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CHARLES BARRERAS, | |
| Movant, | CIVIL ACTION NO.: 2:20-cv-141 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: 2:19-cr-41) |
| Respondent. | |

**O R D E R**

Movant Charles Barreras ("Barreras") filed this 28 U.S.C. § 2255 Motion, which the Court has reviewed. Barreras attacks the conviction and sentence obtained in this Court in Case Number 2:19-cr-41  Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court **ORDERS** the United States Attorney to file an answer or motion to dismiss within 30 days stating what records and documents need to be produced to fully respond to the motion.[1] The Government shall also include in this response its position regarding the need for expansion of the record authorized by Rule 7, evidentiary hearing authorized by Rule 8, and any additional discovery necessary authorized by Rule 6 of the Rules Governing Section 2255 Proceedings.

**SO ORDERED**, this 13th day of January, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Examples of documents the Government may produce are an affidavit from Movant's trial attorney, necessary transcripts, and the Pre-Sentence Investigation Report ("PSR"). Additionally, the Court's recent denial of Respondent's initial motion to dismiss, docs. 14, 15, does not foreclose Respondent from filing another motion for dismissal, if counsel deems this appropriate.